# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DONTE MCFRAZIER,<br><br>    Defendant. | 2:16-cr-00230-GMN-CWH<br>**<u>MINUTE ORDER</u>** |

  Before the Court is Defendant's Motion for Modification of Pretrial Release Conditions (ECF No. 96).

  IT IS HEREBY ORDERED that any opposition to Defendant's Motion for Modification of Pretrial Release Conditions (ECF No. 96) must be filed on or before February 10, 2017.  No reply needed.

  DATED this 3rd day of February, 2017.

                _____
                CAM FERENBACH
                UNITED STATES MAGISTRATE JUDGE