# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DONTE MCFRAZIER,

    Defendant.

2:16-cr-00230-GMN-CWH

**<u>ORDER</u>**

Before the Court is the Motion to Approve Mr. McFrazier's Request for Permission to Travel (ECF No. 251).

Accordingly,

IT IS HEREBY ORDERED that any response to the Motion to Approve Mr. McFrazier's Request for Permission to Travel (ECF No. 251) must be filed on or before, November 30, 2018. No reply necessary.

DATED this 21st day of November, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE